**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARGARITO DOMANTAY,**

      Plaintiff,

vs.   CASE NO. _____

**ARM WNY, LLC**
**and**
**ADAM MARCH,**

      Defendants.
_____/

**COMPLAINT**
**JURY DEMAND**

**INTRODUCTION**

1. Plaintiff alleges violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 47 U.S.C. § 227(b)(3).  *See* Mims v. Arrow Financial Services, LLC, No. 10-1195, 2012 U.S. LEXIS 906, 2012 WL 125429 (Jan. 18, 2012).  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, Margarito Domantay is a natural person and a citizen of the State of Florida, residing in Hillsborough County in the Middle District of Florida.

4. Defendant, ARM WNY, LLC ("ARM") is a limited liability company organized and existing under the laws of the State of New York with its principal place of business and corporate offices in Amherst, New York.

5. Upon information and belief, Defendant Adam March ("March") is a managing member of ARM.

6. Upon information and belief, Defendants ARM and March have functioned as a single business enterprise. The Defendants have integrated their resources to achieve a common business purpose. There has been a blurring of the identities and lines of distinctions between the Defendants.

7. Upon information and belief, Defendants ARM and March, are sharing in the money being collected by a common business enterprise.

8. Any reference hereinafter to "Defendant" without further qualification is meant to refer to each and all Defendants herein jointly and severally.

9. Upon information and belief, Defendant March is an employee, officer, and agent of ARM. March established the policies of or carried out the practices of ARM regarding the TCPA or authorized those policies and practices complaint of herein.

10. Pursuant to 47 U.S.C. § 217, an officer, agent or employee may be held liable for violation of the TCPA:

> [T]he act, omission, or failure of any officer, agent, or other person acting for or employed by any common carrier or user, acting within the scope of his employment, shall in every case also be deemed to be the act, omission, or failure of such carrier or user as well as that person.

## FACTUAL ALLEGATIONS

11. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place numerous telephone calls to Plaintiff's cellular telephone within four years of this Complaint.

12. Defendant left the following pre-recorded messages on Plaintiff's voicemail on his cellular telephone on or about the dates stated:

<u>February 11, 2014 at 12:17 PM</u>
This is ARM WNY. We would like to speak with Mark Domantay at this time. Our office has made numerous attempts to reach you so we can make you aware of the matter at hand. You have now reached the time frame allowed to us by the client to resolve the matter. We will now be forced to make a decision to bring closure to this issue. The time is now! Please press one so a representative can assist you at this time. We can also be reached directly at 1-855-935-3682. Once again, the number to be reached is 1-855-935-3682. This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

<u>February 19, 2014 at 4:07 PM</u>
This is ARM WNY. We would like to speak with Mark Domantay at this time. Our office has made numerous attempts to reach you so we can make you aware of the matter at hand. You have now reached the time frame allowed to us by the client to resolve the matter. We will now be forced to make a decision to bring closure to this issue. The time is now! Please press one so a representative can assist you at this time. We can also be reached directly at 1-855-935-3682. Once again,

the number to be reached is 1-855-935-3682. This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

February 19, 2014 at 5:01 PM
Please be advised that this is ARM WNY. We are attempting to reach Mark Domantay for a recorded statement at this time. We have made several attempts to reach you with no results. A decision will be made at the end of business in regards to transferring this issue to the audit department for review. You must speak with a representative now to clarify your tardiness and discover options for a resolution to this issue. For a direct connect to a representative, please press one. We can also be reached directly at 1-855-935-3682.  Once again, the number to be reached is 1-855-935-3682. This is an attempt to collect a debt and any information obtained will be used for that purpose.

February 21, 2014 at 12:06 PM
This is ARM WNY. We would like to speak with Mark Domantay at this time. Our office has made numerous attempts to reach you so we can make you aware of the matter at hand. You have now reached the time frame allowed to us by the client to resolve the matter. We will now be forced to make a decision to bring closure to this issue. The time is now! Please press one so a representative can assist you at this time. We can also be reached directly at 1-855-935-3682. Once again, the number to be reached is 1-855-935-3682. This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

March 27, 2014 at 11:31 AM
This is Accredited Receivables Management. We would like to speak with Mark Domantay. At this time, our office has made numerous attempts to reach you so we can make you aware of the matter at hand. You are exhausting the time you have to resolve and bring closure to this issue. The time is now. Please press one so a representative can assist you at this time. We can also be reached directly at 1-866-365-1966. Once again, the number to be reached is 1-866-365-1966.  This is an attempt to collect a debt and any or all information obtained will be used for that purpose.

April 1, 2014 at 11:34 AM
This is Accredited Receivables Management. We would like to speak with Mark Domantay. At this time, our office has made numerous attempts to reach you so we can make you aware of the matter at hand. You are exhausting the time you have to resolve and bring closure to this issue. The time is now.

Please press one so a representative can assist you at this time. We can also be reached directly at 1-866-365-1966. Once again, the number to be reached is 1-866-365-1966.  This is an attempt to collect a debt and any or all information obtained will be used for that purpose.

<u>April 2, 2014 at 11:54 AM</u>
This is Accredited Receivables Management. We would like to speak with Mark Domantay. At this time, our office has made numerous attempts to reach you so we can make you aware of the matter at hand. You are exhausting the time you have to resolve and bring closure to this issue. The time is now. Please press one so a representative can assist you at this time. We can also be reached directly at 1-866-365-1966. Once again, the number to be reached is 1-866-365-1966.  This is an attempt to collect a debt and any or all information obtained will be used for that purpose.

13. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

14. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## AUTOMATED OR PRE-RECORDED CALLS TO PLAINTIFF'S CELLULAR TELEPHONE IN VIOLATION OF THE TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii)

16. Plaintiff incorporates Paragraphs 1 through 13 above as if fully set forth herein.

17. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

b. A declaration that Defendant's debt collection practices violate the TCPA;

c. A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and engaging in the complained of practices; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> */s/ James S. Giardina*
> [ X ] James S. Giardina – Trial Counsel
> Fla. Bar No. 0942421
> [   ] Kimberly H. Wochholz
> Fla. Bar No. 0092159
> The Consumer Rights Law Group, PLLC
> 3104 W. Waters Avenue, Suite 200
> Tampa, Florida 33614-2877
> Tel: (813) 435-5055 ext 101
> Fax: (866) 535-7199
> James@ConsumerRightsLawGroup.com
> Kim@ConsumerRightsLawGroup.com
> ***Counsel for Plaintiff***