# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MARGARITO DOMANTAY,**

       Plaintiff,

**vs.**                     **CASE NO. 8:15-cv-00617-EAK-TBM**

**ARM WNY, LLC and**
**ADAM MARCH,**

       Defendants.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, MARGARITO DOMANTAY ("Plaintiff"), by and through his undersigned counsel, and pursuant to Local Rule 3.08(a), and hereby notifies the Court that a compromise settlement has been reached in this matter, and that Plaintiff anticipates filing a Dismissal with Prejudice of all claims in the above-captioned suit by August 22, 2015 when all terms of the settlement agreement are expected to be complete.

Respectfully, submitted this 22nd day of July 2015, by:

                            */s/ Kimberly H. Wochholz*
                            Kimberly H. Wochholz
                            Fla. Bar No. 0092159
                            The Consumer Rights Law Group, PLLC
                            3104 W. Waters Avenue, Suite 200
                            Tampa, Florida 33614-2877
                            Tel: (813) 435-5055 ext 101
                            Fax: (866) 535-7199
                            James@ConsumerRightsLawGroup.com
                            Kim@ConsumerRightsLawGroup.com
                            Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF system on this 22nd day of July 2015 on all counsel or parties of record on the Service List below.

/s/ *Kimberly H. Wochholz*
Kimberly H. Wochholz – Attorney for Plaintiff

**SERVICE LIST**

**Jose R. Riguera, Esq.**
Blank Rome LLP
500 E. Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33394
Tel: (954) 512-1836
Fax: (954) 512-1787
bocaeservice@blankrome.com
JRiguera@BlankRome.com
DLewis@BlankRome.com