UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARGARITO DOMANTAY,**

        Plaintiff,

vs.                             **CASE NO.** 8:15-cv-00617-EAK-TBM

**ARM WNY, LLC and**
**ADAM MARCH,**

        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    **COME NOW**, the Parties herein, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and will represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

DATED this Thirty-First day of July 2015.

| | |
|---|---|
| *s/ James S. Giardina* | *s/ Jose R. Riguera* |
| JAMES S. GIARDINA | JOSE R. RIGUERA |
| Florida Bar No. 942421 | Florida Bar No. 860905 |
| THE CONSUMER RIGHTS LAW GROUP | BLANK ROME LLP |
| 3104 West Waters Ave., Suite 200 | 500 East Broward Blvd., Suite 2100 |
| Tampa, FL 33614-2877 | Fort Lauderdale, FL 33394 |
| Phone: (813) 413-5610 | Phone: (954) 512-1836 |
| Fax: (866) 535-7199 | Fax: (954) 512-1787 |
| James@ConsumerRightsLawGroup.com | JRiguera@Blankrome.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Adam March* |